## GREENWALD v. MARYLAND.

No. 920.   Decided June 20, 1960.

*Harry Silbert, A. Jerome Diener* and *Sidney Schlachman* for appellant.

*C. Ferdinand Sybert,* Attorney General of Maryland, *Stedman Prescott, Jr.,* Deputy Attorney General, and *James H. Norris, Jr.,* Special Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a properly presented substantial federal question.